UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTHONY DEVON ROBERSON-ANDERSON, | No. 2:19-cv-2399 WBS AC P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| KEN CLARK, WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF Nos. 1, 2. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2020, respondent filed a motion to dismiss this action and an amended motion to dismiss. ECF Nos. 10, 11. Petitioner has not filed a response to the amended motion to dismiss.

Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall file and serve a response to the amended motion to dismiss. Failure to comply with this order in a timely manner may result in a recommendation that this action be

////

1

dismissed for failure to prosecute and for failure to obey a court order pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 9, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE