UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEVON ROBERSON-ANDERSON, | No. 2:19-cv-2399 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| KEN CLARK, WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2021, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 16. Neither party has filed objections to the findings and recommendations.

Although it appears from the file that on April 5, 2021, petitioner's copy of the findings and recommendations was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |     1.   The findings and recommendations issued March 26, 2021 (ECF No. 16), are
5 | ADOPTED in full;
6 |     2.   Respondent's amended motion to dismiss (ECF No. 11) is GRANTED;
7 |     3.   This matter is DISMISSED for failure to exhaust state court remedies and for failure
8 | to prosecute (see 28 U.S.C. § 2254(b)(1)(A); Fed. R. Civ. P. 41(b); Local Rule 110), and
9 |     4.   The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C.
10 | § 2253.
11 | Dated:  June 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

robe2399.803.hc